UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:11-CV-562-H

LIBERTY MUTUAL INSURANCE COMPANY                               PLAINTIFF

V.

MARINE ELECTRIC COMPANY, INC.
CHARLES A. WIRTH and
FRANCES B. WIRTH                                               DEFENDANTS

**MEMORANDUM AND ORDER**

On October 7, 2011, Liberty Mutual Insurance Company filed this complaint against Marine Electric Company, Charles A. Wirth and Frances B. Wirth.  Marine Electric has already answered the complaint.  In this motion, the individual Defendants request an extension of time to complete "limited" discovery prior to filing their answer.

Although Liberty Mutual has vigorously objected on the grounds that discovery will yield no results and will delay the litigation, the Court respectively reaches a contrary conclusion.  If an additional thirty days will allow the individual Defendants to file a more particularized answer or counterclaims the progress of the litigation may be benefitted.  Moreover, such a limited delay in filing an answer should not delay the overall litigation to any great extent or at all.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the individual Defendants are allowed to and including **March 16, 2012**, in which to take limited discovery for purposes of filing their answer and any counterclaims.

IT IS FURTHER ORDERED that on or before **March 16, 2012**, the individual

Defendants shall file their responsive pleadings.

cc: Counsel of Record